*United States District Court*

*District of Nevada*

*Chambers of*
*Brian Sandoval*
*District Judge*

*Bruce R. Thompson*
*U.S. Courthouse and Federal Building*
*400 South Virginia St. Rm. 804*
*Reno, Nevada 89501*
*775-686-5670*

July 3, 2007

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Re:    **Amended 2006 Financial Disclosure Report**

Dear Members of the Committee on Financial Disclosure:

Pursuant to your letter to me of June 28, 2007, enclosed are the original and three copies of my Amended 2006 Financial Disclosure Report. In the Amended Report, I have made the following amendments:

1.     I amended Part VII, page 4, line 16 to include value code "J" in Column D(3);

2.     I amended Part VII, page 5, line 27 (now line 34) to include value code "J" in Column D(3);

3.     I amended Part VII by adding lines 19-24 which reflect investments reported in my 2005 Financial Disclosure Report in a deferred compensation account that were redeemed and rolled over into my Thrift Savings Plan account with the federal government; and

4.     I amended Part VII, entries 3 and 4 to explain the amendments noted above.

I hope these amendments are responsive to your requests. If you have any questions or require additional information, please do not hesitate to contact me.

Thank you for your assistance in this matter.

Sincere regards,



Brian Sandoval

BES:cl
Enclosures

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sandoval, Brian E | District Court-Nevada | 07/03/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination,     Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☒ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 400 S. Virginia Street, 8th Fl <br> Reno, NV 89501 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/06/03 | Nevada Public Employees Retirement System/payable upon separation from service or retirement. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | The Children's Cabinet-Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 07/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Mutual Fund | | | | | | | | | |
| 18. IRA #3 | | | | | | | | | See Note 3, Part VIII |
| 19. New Perspective Mutual Fund | A | Dividend | | | redemption | 4-17 | J | A | |
| 20. American Century SC Value Mutual Fund | A | Dividend | | | redemption | 4-17 | J | A | |
| 21. Hartford MidCap HLS Mutual Fund | A | Dividend | | | redemption | 4-17 | J | A | |
| 22. American Century Ultra Mutual Fund | A | Dividend | | | redemption | 4-17 | J | A | |
| 23. Oppenheimer Capital Aprreciation Mutual Fund | A | Dividend | | | redemption | 4-17 | J | A | |
| 24. American Century Equity Income Mutual Fund | A | Dividend | | | redemption | 4-17 | J | A | |
| 25. IRA #4 | | | | | | | | | |
| 26. RVS VP Large Cap Equity Fund | A | Dividend | J | T | | | | | |
| 27. AIM V.I. Core Equity Fund | A | Dividend | J | T | | | | | |
| 28. Putnam VT New Opportunity Fund | A | Dividend | J | T | | | | | |
| 29. IRA #4 | | | | | | | | | |
| 30. Ameriprise Trust Co. Mid Cap Growth Fund-B | A | Dividend | J | T | | | | | |
| 31. Ameriprise Trust Co. Large Cap Equity-B | A | Dividend | J | T | | | | | |
| 32. Ameriprise Trust Co. Growth Fund-B | A | Dividend | J | T | | | | | |
| 33. Ameriprise Trust Co. Global Equity Fund-B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 07/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.   Ameriprise Trust Co. RVS Agg. Growth Fund B | A | Dividend | J | T | Opened | 3-10 | J | | |
| 35.   Ameriprise Trust Co. Strategy Aggressive B | A | Dividend | | | redemption | 3-10 | J | A | See Note 4, Part VIII |
| 36. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
(See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII does not include an entry from 2005 for stock ownership in Sierra Pacific Resources that was listed at Part VII, Line 5 of the 2005 Report. That stock was sold in October 2005 and thus is not reported in 2006.

2. Part VII, Line 5 reflects disbursements from the Nevada Public Employees Retirement System ("PERS"). Employee contributions to the Nevada PERS program do not earn interest and disbursements to an eligible employee upon separation from state employment are paid on a dollar for dollar basis. Upon my separation from service with the State of Nevada on October 31, 2005, I elected a disbursement of the balance of my account. PERS issued partial disbursement checks on February 9, 2006 in the amount of ███████ and February 16, 2006 in the amount of ███████ This line item is listed as a "partial redemption" because PERS made an initial redemption as reported in 2005.

3. Part VII, Lines 19-24 represent investments from a deferred compensation account that were redeemed on April 17, 2006. The entire proceeds from this redemption were rolled over into my Thrift Savings Plan account with the Federal Government.

4. Part VII, Line 35 represents an investment in "Ameriprise Trust Co. Strategy Aggressive B" that the fund manager unilaterally transferred into the new entry for "RVS Agg. Growth Fund B," noted at Part VII, Line 34.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat_____     Date____ _July 3, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Sandoval, Brian E | 2. Court or Organization  District Court-Nevada | 3. Date of Report  05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  400 S. Virginia Street, 8th Fl  Reno, NV 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/06/03 | Nevada Public Employees Retirement System/payable upon separation from service or retirement. |
| 2. | |
| 3. | |

2007 MAY 14 A 9:18
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | The Children's Cabinet-Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney-FMA Plus | A | Interest | K | T | | | | | |
| 2. Smith Barney-Scholars Choice | A | Dividend | J | T | | | | | |
| 3. Smith Barney-Regular | A | Interest | J | T | | | | | |
| 4. Berkshire Hathaway, Inc. Class B | A | Dividend | J | T | | | | | See Note #1, Part VIII |
| 5. Nevada Public Employees Retirement System | | None | | | Part redemp. | 2-9 | J | | See Note #2, Part VIII |
| 6. Wachovia-Deposit Account | B | Interest | K | T | Opened | 4-12 | | | |
| 7. Nevada State Treasurer Prepaid Tuition Program | | None | K | W | | | | | |
| 8. Hartford Variable Director VI-Individual Variable Annuity | A | Dividend | K | T | | | | | |
| 9. IRA #1 | | | | | | | | | |
| 10. Diamonds Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 11. NASDAQ 100 Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. TIERS Series S&P 2003-10 Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Alliance Bernstein FDS LargeCapGrowth FDClass B | A | Dividend | J | T | | | | | |
| 15. John Hancock Small Cap Growth FD Class A | A | Dividend | J | T | | | | | |
| 16. John Hancock Regional Bank Class A Mutual Fund | A | Dividend | J | T | opened | 12-15 | | | |
| 17. John Hancock Regional Bank Class B | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Mutual Fund | | | | | | | | | |
| 18. IRA #3 | | | | | | | | | See Note 3, Part VIII |
| 19. RVS VP Large Cap Equity Fund | A | Dividend | J | T | | | | | |
| 20. AIM V.I. Core Equity Fund | A | Dividend | J | T | | | | | |
| 21. Putnam VT New Opportunity Fund | A | Dividend | J | T | | | | | |
| 22. IRA #4 | | | | | | | | | See Note 4, Part VIII |
| 23. Ameriprise Trust Co. Mid Cap Growth Fund-B | A | Dividend | J | T | | | | | |
| 24. Ameriprise Trust Co. Large Cap Equity-B | A | Dividend | J | T | | | | | |
| 25. Ameriprise Trust Co. Growth Fund-B | A | Dividend | J | T | | | | | |
| 26. Ameriprise Trust Co. Global Equity Fund-B | A | Dividend | J | T | | | | | |
| 27. Ameriprise Trust Co. RVS Agg. Growth Fund B | A | Dividend | J | T | Opened | 3-10 | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII does not include an entry from 2005 for stock ownership in Sierra Pacific Resources that was listed at Part VII, Line 5 of the 2005 Report. That stock was sold in October 2005 and thus is not reported in 2006.

2. Part VII, Line 5 reflects disbursements from the Nevada Public Employees Retirement System ("PERS"). Employee contributions to the Nevada PERS program do not earn interest and disbursements to an eligible employee upon separation from state employment are paid on a dollar for dollar basis. Upon my separation from service with the State of Nevada on October 31, 2005, I elected a disbursement of the balance of my account. PERS issued partial disbursement checks on February 9, 2006 in the amount of $1,772.04 and February 16, 2006 in the amount of $443.01. This line item is listed as a "partial redemption" because PERS made an initial redemption as reported in 2005.

3. Part VII does not include entries from 2005, Part VII, Lines 17-23 because in 2006 the investments were redeemed and the entire proceeds rolled over into my Thrift Savings Plan account with the Federal Government.

4. Part VII does not include an entry for "Ameriprise Trust Co. Strategy Aggressive B" because the fund manager merged this fund with the new entry for "RVS Agg. Growth Fund B," noted at Part VII, Line 27.

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████  Date 5-9-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544